■ JENNIE AMODEO, Respondent, v LILIANA CORSO et al., Appellants. [618 NYS2d 537] —In an action to set aside a deed, the defendants appeal from an order of the Supreme Court, Suffolk County (Seidell, J.) dated February 3, 1993, which denied their motion to vacate a judgment of the same court dated November 29, 1982 (Signorelli, J.), on the ground, *inter alia,* of newly discovered evidence.

Ordered that the order is affirmed, with costs.

The defendants failed to carry their burden of establishing the materiality of the new evidence *(see, H & Y Realty Co. v Baron,* 193 AD2d 429). Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.